UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JUN - 7 2011
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:11CR19-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

**TARVOUS RANTRAY HASKINS**

The Grand Jury charges:

## COUNT 1

On or about June 18, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **TARVOUS RANTRAY HASKINS**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2

On or about June 25, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **TARVOUS RANTRAY HASKINS**, knowingly and intentionally distributed fifty grams or more of a mixture and substance containing cocaine base, a Schedule II

controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 3

On or about July 7, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **TARVOUS RANTRAY HASKINS**, knowingly and intentionally attempted to distribute fifty grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 4

On or about July 16, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **TARVOUS RANTRAY HASKINS**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 5

On or about July 16, 2009, in the Western District of Kentucky, Christian County,

Kentucky, the defendant, **TARVOUS RANTRAY HASKINS**, having been previously convicted in Daviess Circuit Court, Owensboro, Kentucky, case number 04CR247, of possession of a controlled substance in the first degree, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a Hi-Point 9mm semiautomatic pistol, serial number P128284.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a)(1), the defendant, **TARVOUS RANTRAY HASKINS,** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH:LF:5/23/11

UNITED STATES OF AMERICA v. **TARVOUS RANTRAY HASKINS**

## PENALTIES

Counts 1, 4:   NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
              (With prior conviction: NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release)

Counts 2, 3:   NL 10 yrs./NM Life/$4,000,000/both/NL 5 yrs. Supervised Release (each count)
              (With prior conviction: NL 20 yrs./NM Life/$8,000,000/both/NL 10 yrs. Supervised Release)

Count 5:       NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual        Felony:  $100 per count/individual
              $125 per count/other                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an
    **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid
    balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18
    U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

  1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

  2.  Give bond for payment thereof.

  18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

    LOUISVILLE:   Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY 40202
               502/625-3500

    BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY 42101
               270/393-2500

    OWENSBORO:  Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY 42301
               270/689-4400

    PADUCAH:   Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY 42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR15-R

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Paducah Division

## THE UNITED STATES OF AMERICA

vs.

## TARVOUS RANTRAY HASKINS

---

## INDICTMENT

Title 21, U.S.C. §§841(a)(1); 841(b)(1)(C); 841(b)(1)(A) and 853
Title 18, U.S.C. §§922(g)(1); 924(a)(2)

**Distribution of Cocaine; Possession of a Firearm by a Convicted Felon; Forfeiture.**

*A true bill.*



*Foreman*

*Filed in open court this 7th day of June, 2011.*

FILED
JUN -7 2011
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

*Clerk*

*Bail, $*