UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**UNITED STATES OF AMERICA**

v.                                                                                          No.: **5:11CR-15-R**

**TARVOUS RANTRAY HASKINS**
    Defendant

## ORDER

This matter came before the court for a detention hearing pursuant to 18 U.S.C. § 3142.. The defendant was present in the custody of the United States Marshal with his attorney, the Honorable Rick Boling.. The Honorable David Sparks, A.U.S.A., appeared on behalf of Larry Fentress for the United States.  The United States announced ready for the hearing.  The defendant, through counsel, waived his detention hearing at this time and reserved his right to have a prompt detention hearing upon proper request, through counsel.  The defendant signed a separate written waiver acknowledging that the waiver was intelligently and voluntarily made and acknowledging that he was satisfied with the advice of counsel.

It is therefore **ORDERED** that the detention hearing is **POSTPONED** pending further orders of the court.

0|5